# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00540-CV

**T. Christopher Robson, Appellant**

**v.**

**Garrett Gilbreath and David Gilbreath, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GN-04-002474, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal challenges the same order as that challenged in a prior appeal numbered 03-06-00364-CV. After the prior appeal was initially dismissed as interlocutory on August 9, 2007, T. Christopher Robson obtained a final judgment in the trial court on August 24, 2007, and that same day filed a motion to reinstate the prior appeal. In an abundance of caution, on September 24, 2007, Robson filed the notice of appeal that generated this appellate cause, challenging the same order that is the subject of the prior appeal. After the order at issue in both appeals became final and appealable, we reinstated the prior appeal and, accordingly, did not require a record or briefing to be filed in this cause number.

On this day, we have released an opinion and judgment in the prior appellate cause. *See Robson v. Gilbreath*, No. 03-06-00364-CV (Aug. 1, 2008) (opinion by Waldrop, J.; dissenting

opinion by Patterson, J.).  As our opinion and judgment in that case dispense with all issues in this appeal, this appeal is dismissed as moot.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed as Moot

Filed:   August 1, 2008